# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| TONY LUSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1-03-1170 |
| | ) |
| THE PROCTER & GAMBLE | ) |
| MANUFACTURING COMPANY, | ) |
| a corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court hereby GRANTS Defendant The Procter & Gamble Manufacturing Company, Inc.'s ("Procter & Gamble") Motion To Exceed The Page Limit On Motion For Summary Judgment. Procter & Gamble's memoranda in support of its motion for summary judgment shall not exceed 60 pages.

_____
S. Thomas Anderson
United States ~~Magistrate~~ Judge

24 June 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/27/05

1025.0003.846

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 1:03-CV-01170 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT