

FILED BY ___ D.C.
05 NOV 25 AM 9:14
CLERK US DISTRICT COURT
WD OF TN JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TONY B. LUSBY, )
)
Plaintiff, )
)
VS. ) No. 03-1170-T/An
)
THE PROCTER & GAMBLE )
MANUFACTURING COMPANY, )
)
Defendant. )

---

ORDER OF REFERENCE

---

Plaintiff's Motion to Alter or Amend Judgment or Otherwise Provide Relief From Judgment or Order is hereby REFERRED to United States Magistrate Judge S. Thomas Anderson for disposition.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/25/05

118

# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 1:03-CV-01170 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT