# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

TONY LUSBY,

      Plaintiff,

vs.

THE PROCTER & GAMBLE MANUFACTURING
COMPANY, a corporation,

      Defendant.

No. 1-03-1170
JURY TRIAL DEMANDED

---

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANT'S APPLICATION FOR FEES ASSOCIATED WITH
### PREPARING AND FILING DEFENDANT'S MOTION TO COMPEL

---

Plaintiff has filed a Motion requesting an extension of time in which to file a response to

the Defendant's application for fees associated with preparing and filing Defendant's Motion to

Compel.  For good cause shown, the Motion is granted.  Plaintiff is hereby granted an additional

20 days following the Court's ruling on his motion seeking to alter, amend or otherwise set aside

the Court's Order Granting Motion to Compel entered November 3, 2005.

ENTERED this _09th_ day of _December_ , 2005.

_S. Thomas Anderson_ USMJ
United States District Court

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 1:03-CV-01170 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Honorable James Todd
US DISTRICT COURT