IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| TONY B. LUSBY, <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE MANUFACTURING COMPANY, a corporation, <br><br> Defendant. | NO.: 1-03-1170-T-An |

## AMENDED RULE 16(b) SCHEDULING ORDER

Upon the Parties' joint motion, the Amended Rule 16(b) Scheduling Order filed on September 6, 2005 (Docket No. 109) is hereby modified in the following respects:

COMPLETING ALL DISCOVERY: Discovery is complete except that Plaintiff will complete all depositions by February 28, 2006.

FILING DISPOSITIVE MOTIONS: March 31, 2006.

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)): See September 2, 2005 Omnibus Rule 16 Scheduling Order in Related Cases (Docket No. 108).

JOINT PRETRIAL ORDER: November 3, 2006.

TRIAL: November 13, 2006.



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/23/05



ORIGINAL

Except as specifically amended by this order, the deadlines and terms of the Amended Rule 16(b) Scheduling Order filed on September 6, 2005 (Docket No. 108) shall remain in effect.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. Thomas Anderson
United States Magistrate Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 130 in case 1:03-CV-01170 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe  
ASHE & RAFUSE, LLP  
1355 Peachtree St., NE  
Ste. 500  
Atlanta, GA 30309--323  

Honorable James Todd  
US DISTRICT COURT